IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:03CR490 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MYRON RITCHIE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the Federal Public Defender's Office to withdraw as counsel for the defendant, Myron Ritchie (Filing No. 59). For good cause shown, the motion will be granted. Attorney Matthew R. Kahler, 209 South 19th Street, Suite 500, Omaha, Nebraska, is hereby appointed to represent the above-named defendant for the remainder of these proceedings and shall forthwith file an appearance in this matter. The Federal Public Defender's Office shall forthwith provide Matthew R. Kahler with any materials obtained by them which are material to Myron Ritchie's defense. The clerk shall provide a copy of this order to the Federal Public Defender and Matthew R. Kahler.

**IT IS SO ORDERED**.

DATED this 30th day of September, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge